**Wendell M. BEARD, Plaintiff–Appellant,**

v.

**Thomas CORCORAN, Warden; Patrick Conroy, Warden; William W. Sondervan, Defendants–Appellees.**

No. 00–7747.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 23, 2001.

Decided April 3, 2001.

Wendell M. Beard, pro se. Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

PER CURIAM.

Wendell M. Beard appeals the district court's order granting summary judgment and denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Beard v. Corcoran,* No. CA–00–753–JFM (D.Md. Nov. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*